## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LARRY DAVID SMITH,                               Case No. 2:23-cv-12703

      *Plaintiff,*                          Robert J. White
v.                                               United States District Judge

BRIAN MADERY, et al.,                            Patricia T. Morris
                                                 United States Magistrate Judge

      *Defendants.*

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO
## PROMPTLY ALLOW DISCOVERY (ECF No. 68) AS MOOT

This is a prisoner civil rights case.  Before the Court is Plaintiff's February 13, 2026, motion to promptly allow discovery.  (ECF No. 68).  This motion was mooted by the Court's entry of a scheduling order on February 18, which marked the beginning of the discovery period.  *See Brown v. Snyder*, No. 19-11325, 2020 WL 6342669, at *2 (E.D. Mich. Oct. 29, 2020) ("In *pro se* prisoner civil litigation, such as this case, discovery typically commences upon issuance of a scheduling order setting discovery and dispositive motion deadlines.").  Accordingly, Plaintiff's motion to promptly allow discovery (ECF No. 68) is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

Date:  February 26, 2026                    s/PATRICIA T. MORRIS
                                            Patricia T. Morris
                                            United States Magistrate Judge

1